No. 05–5786. ATLAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–5787. DELVA, AKA DELUA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5790. ROSA *v.* BRESLIN, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–5796. KONYA *v.* TENNIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5801. CABRERA-RUIZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 05–5802. DUNIGAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5804. CHIMNEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–5807. ANDERSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5808. ALANIZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–5811. RUHBAYAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5815. TALIAFERRO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–5819. LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5833. WILSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 05–5834. WOODARD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 05–5836. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5843. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.